# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

134072

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In re Estate of CHRISTOPHER R. MORDEN,
Deceased
_____/

ELIZABETH MORDEN, Personal Representative
of the Estate of CHRISTOPHER R. MORDEN,
      Plaintiff-Appellant,

v

GRAND TRAVERSE COUNTY, GRAND
TRAVERSE COUNTY JAIL, MARGARET
SCHOFIELD, R.N., ELAINE LOZEN, R.N., SANDI
MINOR, R.N., GRAND TRAVERSE SHERIFF,
and MARILYN CONLON, M.D.,
      Defendants-Appellees,
and

WELL-SPRING PSYCHIATRY, P.C., ANNE
MARIE BAASE, JIM TALBOT, and TONY
KARLIN,
      Defendants.

_____/

SC: 134072
COA: 272505
Grand Traverse CC: 04-024311-NM

On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

_____
Clerk

t0618